AEE

**FILED**
**JANUARY 30, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 671**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　Case Number:

Ruthie Gilbert,
　　　Plaintiff,
　　v.
City of Waukegan et al.,
　　　Defendant.

**JUDGE KOCORAS**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ruthie Gilbert

| | |
|---|---|
| NAME (Type or print) | |
| Arthur Loevy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Arthur Loevy | |
| FIRM | |
| Loevy & Loevy | |
| STREET ADDRESS | |
| 312 N. May St., Ste. 100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1682479 | 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |