IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RUTHIE GILBERT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 671 |
| | ) | |
| CITY OF WAUKEGAN, WAUKEGAN | ) | JUDGE KOCORAS |
| POLICE OFFICER AMARO, STAR #707, | ) | MAGISTRATE JUDGE MASON |
| AND UNKNOWN WAUKEGAN | ) | JURY TRIAL DEMANDED |
| POLICE OFFICERS, | ) | |
| Defendants. | ) | |

**NOTICE OF FILING & PROOF OF SERVICE**

**TO: Matthew Jenkins, Esq.**
**Lovey & Lovey**
**312 North May Street, #100**
**Chicago, IL 60607**

    **PLEASE TAKE NOTE** that on the 6th day of March, 2008, the undersigned filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Appearances and Defendants' Consolidated Answer to Plaintiff's Complaint and Affirmative Defenses,** copies of which are hereby attached and served upon you:

Dated: March 6, 2008.

**DIVER, GRACH, QUADE & MASINI, LLP**
Attorneys for Defendants
111 North County Street
Waukegan, IL  60085      By: /s/ Gretchen A. Neddenriep
(847) 662-8611                   Gretchen A. Neddenriep – 06270338

**PROOF OF SERVICE**

    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the foregoing was served upon the parties at the stated addresses by depositing copies in the U.S. Mail, with proper postage prepaid in Waukegan, Illinois at or about the hour of 5:00 p.m. and by sending, via *overnight mail*, to Judge Kocoras on March 6, 2008.

                                                   /s/ Gretchen A. Neddenriep