# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ruthie Gilbert

                Plaintiff,

v.                                     Case No.: 1:08−cv−00671
                                          Honorable Charles P. Kocoras

City of Waukegan, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:The firm of Loevy & Loevy has filed two (2) motions [19] [20] for withdrawal of counsel, which have been noticed for hearing on 6/26/2008. Both motions have the case number of 08 C 4, and entitled Austin v. City of Chicago Heights et al. As the motions have been filed in the wrong case, said motions are dismissed without prejudice. Hearing on said motions, set for 6/26/2008 before Judge Kocoras, is stricken.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.