IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RUTHIE GILBERT | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 671 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| CITY OF WAUKEGAN et al. | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

MOTION FOR WITHDRAWAL OF COUNSEL IN THE SAME FIRM

NOW COMES Plaintiff, by her attorneys, LOEVY & LOEVY, and moves to withdraw Matthew Jenkins, formerly of Loevy & Loevy, as counsel for Plaintiff. In support, Plaintiff states as follows:

1. As of June 3, 2007, Matthew Jenkins has left the firm of Loevy & Loevy.

2. Other counsel of record from Loevy & Loevy will continue to represent Plaintiff.

3. Plaintiff wishes to withdraw Mr. Jenkins' appearance pursuant to Local Rule 83.17.

WHEREFORE, Plaintiff, by her attorneys, Loevy & Loevy, respectfully moves to withdraw Matthew Jenkins as counsel for Plaintiff.

RESPECTFULLY SUBMITTED,

/s/ Arthur Loevy
Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607
(312) 243-5900