IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RUTHIE GILBERT | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 671 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| CITY OF WAUKEGAN et al. | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:   Counsel of Record

PLEASE TAKE NOTICE THAT on June 26, 2008, at 9:30 a.m., I will appear before Judge Andersen in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion.

/S/ Arthur Loevy
Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607

### CERTIFICATE OF SERVICE

The undersigned states that on June 5, 2008, I notified counsel of record by electronic means of the attached filing.

/S/ Arthur Loevy