UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ruthie Gilbert
                            Plaintiff,

v.                                            Case No.: 1:08−cv−00671
                                              Honorable Charles P. Kocoras

City of Waukegan, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff has filed a motion [23] for leave to withdraw the appearance of counsel, and a notice [24] setting said motion for hearing on 6/26/2008 at 9:30 a.m. before Judge Andersen. As this case is pending before Judge Kocoras and not Judge Andersen, the motion will be before Judge Kocoras.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.