# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ruthie Gilbert

                     Plaintiff,

v.                                               Case No.: 1:08–cv–00671
                                             Honorable Charles P. Kocoras

City of Waukegan, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff's motion [23] for leave to withdraw the appearance of Matthew Jenkins as counsel for plaintiff is granted. Hearing on said motion, set for 6/26/2008, is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.