IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RUTHIE GILBERT | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 671 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| CITY OF WAUKEGAN et al. | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## STIPULATION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice and without costs.

s/Gretchen Neddenriep
Gretchen Neddenriep
Diver, Grach, Quade & Masini, LLP
111 North County Street
Waukegan, Illinois 60085
   *Attorney for Defendants*

s/ Russell Ainsworth
Arthur Loevy
Jon Loevy
Michael Kanovits
Russell Ainsworth
Loevy & Loevy
312 North May Street
Chicago, IL 60607
*Attorney for Plaintiff*