# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 671 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Gilbert vs. City of Waukegan et al | | |

**DOCKET ENTRY TEXT**

Case called for status on 8/28/2008.  No one appears.  This cause is hereby dismissed for want of prosecution.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | SCT |
|---|---|---|